**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Amy Crum, | : |
| | : |
|                                    Plaintiff, | :   Civil Action No.:  1:14-cv-00148-JTC |
|                     v. | : |
| | : |
| United Financial Services LLC; and DOES 1-10, inclusive, | : |
| | : |
|                                    Defendants. | : |
| | : |

**DECLARATION OF SERGEI LEMBERG IN SUPPORT OF REQUEST FOR ENTRY OF <u>DEFAULT AGAINST DEFENDANT UNITED FINANCIAL SERVICES LLC</u>**

Pursuant to 28 U.S.C. § 1746, I, Sergei Lemberg, hereby declare as follows:

1.      I am an attorney at law licensed to practice before the United States District Court for the Western District of New York.  I am the attorney for the Plaintiff, Amy Crum.  Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.      On February 26, 2014, Plaintiff filed the Complaint in this case against Defendant United Financial Services LLC.  Attached as <u>Exhibit A</u> is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on March 29, 2014, by personal service.

3.      The Defendant has neither sought nor been granted an extension to respond to the Complaint by the Court.

4.      Defendant has failed to answer or otherwise respond to the Complaint.

5.      Upon information and belief, Defendant is neither an infant nor an incompetent.

6.      Upon information and belief, Defendant is not a member of the military.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and accurate.

Executed this day of April 30, 2014, at Stamford, Connecticut.

*/s/ Sergei Lemberg*

Sergei Lemberg, Esq.