**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Amy Crum, | Civil Action No.: 1:14-cv-00148-JTC |
| Plaintiff, | |
| v. | |
| United Financial Services LLC; and DOES 1-10, inclusive, | **[PROPOSED] ORDER** |
| Defendants. | |

THAT WHEREAS it has been made to appear to the undersigned Clerk of the Western District Court of New York, upon affidavit or otherwise, that the Defendant United Financial Services LLC has failed to plead;

And that the Defendant United Financial Services LLC is otherwise subject to entry of default as provided by the Rule 55(a) of Federal Rules of Civil Procedure;

NOW, THEREFORE, Default is hereby entered against Defendant United Financial Services LLC in this action as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the ____ day of _____, 2014.

_____
Clerk of Court

2