United States District Court
Western District of New York

---

AMY CRUM

                                 Plaintiff

                                              Case No.: 1:14-CV-148

   V.

UNITED FINANCIAL SERVICES LLC; and
DOES 1-10, inclusive,

                                 Defendants

---

**ENTRY OF DEFAULT**

IT APPEARING THAT DEFENDANTS:

UNITED FINANCIAL SERVICES LLC

IS IN DEFAULT FOR FAILURE TO APPEAR OR OTHERWISE DEFEND AS REQUIRED BY LAW. DEFAULT IS HEREBY ENTERED AS AGAINST SAID DEFENDANTS ON THIS 1st DAY OF MAY, 2014.

                                              MICHAEL J. ROEMER, CLERK


                                              By: s/Colleen M. Demma
                                                  Deputy Clerk