**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Amy Crum, | : |
| Plaintiff, | : Civil Action No.: 1:14-cv-00148-JTC |
| v. | : |
| United Financial Services LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that, at a time and date specified by this Court, the undersigned will move the Court for an Order, pursuant to Fed. R. Civ. Pr. 55(b)(2), granting Plaintiff's Motion for a Default Judgment against Defendant United Financial Services LLC. In support of her motion, Plaintiff submits the annexed memorandum of Law, the Declaration of Sergei Lemberg, Esq., and Declaration of Amy Crum with relevant attachments.

Dated: Stamford, CT
September 19, 2014

Respectfully submitted,
PLAINTIFF, Amy Crum

/s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (888) 953-6237
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      THIS IS TO CERTIFY that on September 19, 2014, a copy of the foregoing served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF), and that a copy was sent via First Class Mail, postage pre-paid, to the party listed below:

United Financial Services, LLC
4651 Roswell Road
Atlanta, Georgia 30342

                                                /s/ Sergei Lemberg
                                                  Sergei Lemberg, Esq.