UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Amy Crum,<br><br>  Plaintiff,<br><br>v.<br><br>United Financial Services, LLC; and DOES 1-10, inclusive,<br><br>  Defendants. | Civil Action No.: 1:14-cv-00148-JTC |

## DECLARATION OF AMY CRUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT UNITED FINANCIAL SERVICES, LLC

Pursuant to 28 U.S.C. § 1746, Amy Crum hereby declares as follows:

1. My name is Amy Crum and I am a resident of West Seneca, New York, in Erie County.

2. I incurred a financial obligation which was primarily for personal purposes (the "Debt")

3. In or around October 2013, a company I understand to be a debt collector, United Financial Services, LLC ("United"), began calling me in an attempt to collect the Debt.

4. During that conversation, a representative from United threatened me with a lawsuit and further threatened me with imprisonment if I did not pay the Debt.

5. To date, I have not been served with any lawsuit and I am not aware of any litigation initiated against me, not have I been arrested for the Debt.

6. Additionally, during one of the conversations a representative from United threatened to call my friends and my neighbor and tell them I owe a Debt in order to coerce me into immediate payment of the Debt.

09/10/2014 17:34 17168229529 OFFICEMAX PAGE 03/03

7. As a direct consequence of United's conduct, I suffered and continue to suffer from humiliation, anger, anxiety, emotional distress, fear, and embarrassment.

8. Since I had the initial conversation with United in October 2013, I still suffer from fear of being confronted by my family members or my neighbor about a telephone call from United about my Debt.

9. If United were to call my family members or neighbor and disclosed such personal details of my life, I would be quite humiliated add embarrassed, and a thought of this happening causes me stress.

10. Further, United's threat to have me arrested causes me a lot of anger, since now I understand that United has no actual power under the law to cause my arrest merely for not satisfying a consumer debt. But I did not have such understanding at the time United made its threat, which caused me to suffer emotional distress.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and accurate to the best of my knowledge.

Executed on 10th day of September, 2014.

*Amy Crum*
Amy Crum