**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Amy Crum, | : |
| Plaintiff, | : Civil Action No.: 1:14-cv-00148-JTC |
| v. | : |
| | : |
| United Financial Services, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |
| | : |

**DECLARATION OF SERGEI LEMBERG IN SUPPORT OF MOTION FOR DEFAULT**
**JUDGMENT AGAINST DEFENDANT, UNITED FINANCIAL SERVICES LLC**

Pursuant to 28 U.S.C. § 1746, Sergei Lemberg hereby declares as follows:

1.      My name is Sergei Lemberg.  I am an attorney admitted to the United States District Court Western District of New York and I make this Declaration based upon personal knowledge of all matters stated herein.  I am the managing partner of Lemberg Law, LLC.  I am an attorney of record for Plaintiff, and I am familiar with all the facts and circumstances in this action.

2.      I submit this Declaration in support of Plaintiff's motion for default judgment against Defendant United Financial Services, LLC ("United").

3.      On March 3, 2014, Plaintiff filed the Complaint in this case against Defendant United Financial Services, LLC.  Attached as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that United was served with the Summons and Complaint on March 29, 2014, by personal service.

4.      More than 21 days have elapsed since the date on which service of the Summons and Complaint was effective.

5.      Neither Plaintiff nor the Court has granted Defendant any extension of time to respond to the Complaint.

6.      Defendant has failed to file an Answer with the Court.

7.      I am informed and believe that Defendant is not an infant or incompetent person.

8.      Defendant is a corporation and not a natural person and therefore cannot be a member of the military.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.  Executed on September 19, 2014.

By  /s/ Sergei Lemberg
                  Sergei Lemberg, Esq.