**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Amy Crum, | |
| Plaintiff, | Civil Action No.: 1:14-cv-00148-JTC |
| v. | |
| United Financial Services, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

**PROPOSED ORDER**

This matter coming to be heard on Plaintiff's Motion for Default Judgment against Defendant United Financial Services LLC. Upon consideration of Plaintiff's motion and the submissions in support it is

ORDERED that a judgment shall be entered against Defendant United Financial Services LLC for violating the Fair Debt Collection Practices Act

ORDERED that Defendant United Financial Services, LLC, pay Plaintiff actual damages of $25,000.00 pursuant to 15 U.S.C. § 1692k(a)(1)

ORDERED that Defendant United Financial Services, LLC, pay Plaintiff statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A)

ORDERED that Defendant United Financial Services, LLC, pay Plaintiff statutory damages of $1,000.00 pursuant to NY GBL § 349(h)

ORDERED that Defendant United Financial Services, LLC, pay Plaintiff's attorneys reasonable fees and costs pursuant to 15 U.S.C. § 1692k(a)(3)

**IT IS SO ORDERED.**

DATED:_____                    _____
                                             U.S. DISTRICT COURT JUDGE